UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Richard Crosby

    v.                                Case No. 25-cv-106-JL-AJ

US Social Security Administration,
Commissioner

## ORDER

After due consideration of the objection and the response to the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 27, 2025.

_____
Joseph N. Laplante
United States District Judge

Date: November 13, 2025

cc:   Richard Crosby, pro se
       Daniel S. Tarabelli, Esq.